# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr- 107 |
| Plaintiff, | ) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS |
| vs. | ) AD PROSEQUENDUM FOR<br>) RICHARD LEE CANTERBURY |
| RICHARD LEE CANTERBURY, | ) (ID#) 1682910 |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RICHARD LEE CANTERBURY** before the United States District Court at Las Vegas, Nevada, on or about I/A & A&P, 4/13/16, Courtroom 3A, GWF  _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: April 6, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIELL G. BOGDEN
United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD LEE CANTERBURY, )<br>)<br>Defendant. )<br>) | Case No.: 2:16-cr- 107<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR RICHARD LEE CANTERBURY (ID#) 1682910 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RICHARD LEE CANTERBURY**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **RICHARD LEE CANTERBURY** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RICHARD LEE CANTERBURY** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on I/A & A&P, 4/13/16, Courtroom 3A, GWF _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **RICHARD LEE CANTERBURY** before the United States District Court on or about I/A & A&P, 4/13/16, Courtroom 3A, GWF _____, at the hour of 3:00 p.m., for

1
2   arraignment and from time to time and day to day thereafter until excused by the Court has
3   been ordered by the United States Magistrate or District Judge for the District of Nevada.
4       WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
5   Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
6   Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
7   them to produce the said **RICHARD LEE CANTERBURY** before the United States District
8   Court on or about __I/A & A&P, 4/13/16, Courtroom 3A, GWF_____, at the hour of 3:00 p.m., for
9   arraignment and from time to time and day to day thereafter, at such times and places as may be
10  ordered and directed by the Court entitled above, to appear before the Court, and when excused
11  by the said Court, to be returned to the custody of the Warden, Clark County Detention Center,
12  Las Vegas, Nevada.
13      DATED this 6th day of April, 2016.
14
15                                  Respectfully submitted,
16                                  DANIELL G. BOGDEN
                                    United States Attorney
17
18                                  _____
                                    JARED L. GRIMMER
19                                  Assistant United States Attorney
20
21
22
23
24

2