UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00107-KJD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Amd Mot Proceed Pro Se – ECF No. 77) |
| RICHARD LEE CANTERBURY, | |
| Defendant. | |

Before the court is defendant Richard Lee Canterbury's ("Canterbury") Amend Motion to Allow Defendant Self Representation as Guaranteed by the Sixth Amendment and Title 28 USC Judiciary & Judicial Pro (sic)Procedure Part V, Chapter 111 General Provisions, 1654 (ECF No. 77). The motion was signed on January 22, 2018 and received January 26, 2018.

On January 25, 2018, the court conducted a hearing on Canterbury's Motion to Allow Defendant Self Representation as Guaranteed by the Sixth Amendment and Title 28 USC Judiciary & Judicial Pro Procedure Part V, Chapter 111 General Provisions, 1654 (ECF No. 73). That motion was granted. Accordingly,

**IT IS ORDERED** that Canterbury's Amended Motion to Allow Self Representation as Guaranteed by the Sixth Amendment and Title 28 USC Judiciary & Judicial Pro (sic) Procedure Part V, Chapter 111 General Provisions, 1654 (ECF No. 77) is **DENIED as moot**.

DATED this 29th day of January, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1