|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>v.<br>RICHARD LEE CANTERBURY,<br>　　Defendant. | Case No. 2:16-CR-107-KJD-PAL<br>**ORDER** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Presently before the Court is Defendant's Affidavit in Support of Ammed [sic] Motion to Replace Trial and Magistrate Judge (#97). Construing Defendant's *pro se* pleading liberally, the Court takes this to be an amended motion to disqualify the present judges assigned to this action. The Court previously denied (#92) Defendant's prior motion because it included no affidavit as required by statute, it made conclusory statements about disparate treatment without providing specifics, and it relied on prior adverse rulings as evidence of bias. Other than filing the affidavit, the amended motion fails to cure any of the deficiencies noted by the Court. Furthermore, the amended motion is untimley. See 28 U.S.C. § 144 (affidavit must be file ten (10) days before trial).

Based on Defendant's filings since the Court granted his request to represent himself and granted a two-week continuance instead of the six-month continuance Defendant sought, the Court finds that Defendant's motion is made for the purpose of delay.

Accordingly, IT IS HEREBY ORDERED that Defendant's Amended Motion (#97) is **DENIED with prejudice**.

DATED this __14th__ day of February 2018.

_____
Kent J. Dawson
United States District Judge