# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD LEE CANTERBURY,

    Defendant.

Case No. 2:16-cr-107-KJD-PAL

**ORDER**

Presently before the Court is Defendant's Motion for CJA to Provide a Complete Copy of File Concerning Representation (#93). The Government filed a response (#102) taking no position on the motion. Defendant's motion seeks a copy of the "complete...file concerning representation of Defendant." Defendant seeks "access to the work product created by Ericsson." However, Defendant does not identify what this work product would be. Therefore, the motion is granted only to the extent that counsel shall provide a copy of all relevant material that is not privileged and has not already been provided to Defendant. Defendant shall not revive this motion in any format unless he specifically identifies what material has not been provided.

DATED this __14th__ day of February 2018.

_____
Kent J. Dawson
United States District Judge