UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE CANTERBURY,<br><br>Defendant. | Case No: 2:16-cr-00107-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Defendant's *Pro Se Motion to Allow Trial in Absentia* filed on February 16, 2018. ECF No. 108.

IT IS HEREBY ORDERED that a Hearing is set on Defendant's motion on Tuesday, February 20, 2018 at 9:00 a.m. in LV Courtroom 4A.

IT IS FURTHER ORDERED that the United States Marshals Service shall produce the Defendant to appear at the hearing and trial currently set for Tuesday, February 20, 2018 at 9:00 a.m. in LV Courtroom 4A.

Dated this 16 day of February 2018.

IT IS SO ORDERED:

_____
THE HONORABLE KENT J. DAWSON
United States District Court Judge