# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 18-10319 |
| Plaintiff-Appellee, | ) ) | 2:16-cr-00107-KJD-PAL-1 |
| vs. | ) ) | ORDER |
| RICHARD LEE CANTERBURY, | ) ) | |
| Defendant-Appellant. | ) ) | |

Pursuant to the order filed on August 29, 2018, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant,

**IT IS HEREBY ORDERED** that **MARK EIBERT, ESQ.** is appointed to represent Defendant/Appellant Richard Lee Canterbury for his appeal. Mr. Eibert's address is: P.O. Box 1126, Half Moon Bay, CA 94019, and his phone number is (650) 712-8380.

Former counsel, Lance A. Maningo, is directed to forward the file to Mr. Eibert's office forthwith.

The Clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 12 day of September, 2018.
*Nunc pro tunc date: September 5, 2018.*

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE