DAYLE ELIESON
United States Attorney
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418
Jared.L.Grimmer@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE CANTERBURY,<br><br>Defendant. | Case No.: 2:16-cr-00107-KJD-PAL<br><br>MOTION FOR PERMISSION TO DISCLOSE DEFENDANT'S PRESENTENCING INVESTIGATION REPORT |

The government respectfully moves this Court to obtain permission to disclose a copy of the defendant's Presentence Investigation Report to the U.S Attorney's Office in the District of Arizona.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On February 12, 2016, a complaint was filed in the District of Arizona charging the defendant with Escape From Custody, in violation of 18 U.S.C. 751(a), alleging that the defendant escaped from a half-way house in Florence, Arizona on January 27, 2016.

On April 6, 2016, the defendant was indicted for a violation of 18 U.S.C. 2113(a), Bank Robbery. ECF 4. Following a guilty verdict in a jury trial, the defendant was later

1

sentenced by this Court on August 22, 2018 to 125 months custody. ECF 143. Prior to the sentencing, the U.S. Probation Office from this District provided for the Court and parties a detailed Presentencing Investigation Report (PSR) to aid this Court in determine the appropriate sentence. The PSR states that disclosure of the PSR is "prohibited without the consent of the sentencing judge." PSR, page 4.

On October 24, 2018, the defendant was transferred from this District to the District of Arizona under Rule 5.[1] The U.S. Attorney's Office for the District of Arizona has now requested of the U.S. Attorney's Office for the District of Nevada, that a copy of the defendant's PSR be provided to aid in the prosecution of the escape charged in 2016.[2] As this Court has the authority to authorize disclosure of the PSR, the government now seeks this Court's permission to disclose a copy of the defendant's PSR, as requested, and in accordance with the disclosure restrictions as detailed in the PSR.

**DATED** this 14th day of November, 2018.

Respectfully Submitted,
DAYLE ELIESON
United States Attorney

*//s//*

JARED L. GRIMMER
Assistant United States Attorney

**IT IS SO ORDERED**

KENT J. DAWSON
United States District Judge

---

[1] 2:18-mj-00826-VCF; CR16-356-PHX-SPL District of Arizona
[2] *Id.*