# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RICHARD LEE CANTERBURY,

          Defendant.

JUDGMENT

Case Number: 2:16-cr-00107-KJD-PAL

(Related case: 2:18-cv-01800-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant's Motions to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF Nos. [150] and [181]) are Denied.

9/7/2021
Date

DEBRA K. KEMPI
Clerk

/s/ Y. Williams
Deputy Clerk